**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 17-35794 |
| Plaintiff-Appellee, | D.C. Nos. 9:16-cv-00156-DWM |
| v. | 9:99-cr-00018-DWM-1 |
| JOHN LANNY LYNCH, | MEMORANDUM[*] |
| Defendant-Appellant. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 17-35795 |
| Plaintiff-Appellee, | D.C. Nos. 9:16-cv-00085-DWM |
| v. | 9:11-cr-00017-DWM-1 |
| JOSEPH BERNARD WRIGHT, | |
| Defendant-Appellant. | |

Appeals from the United States District Court
for the District of Montana
Donald W. Molloy, District Judge, Presiding

---

[*] This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 17-36003 |
| Plaintiff-Appellee, | D.C. Nos. 1:16-cv-00090-SPW |
| v. | 1:08-cr-00014-SPW-3 |
| JACOB KRAUS, | |
| Defendant-Appellant. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 17-36004 |
| Plaintiff-Appellee, | D.C. Nos. 1:16-cv-00089-SPW |
| v. | 1:05-cr-00052-SPW-2 |
| CHUOI SAM, | |
| Defendant-Appellant. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 17-36007 |
| Plaintiff-Appellee, | D.C. Nos. 1:16-cv-00096-SPW |
| v. | 1:05-cr-00052-SPW-1 |
| YURI CHACHANKO, | |
| Defendant-Appellant. | |

| | |
|---|---|
| ROLANDO PEREZ, | No. 18-35070 |

|                          |                                                    |
| ------------------------ | -------------------------------------------------- |
| Petitioner-Appellant,    | D.C. Nos.  1:16-cv-00100-SPW<br>1:06-cr-00026-SPW-1 |
| v.                       |                                                    |
| UNITED STATES OF AMERICA, |                                                   |
| Respondent-Appellee.     |                                                    |

Appeals from the United States District Court
for the District of Montana
Susan P. Watters, District Judge, Presiding

|                              |                                                |
| ---------------------------- | ---------------------------------------------- |
| UNITED STATES OF AMERICA,    | No.   18-35087                                 |
| Plaintiff-Appellee,          | D.C. Nos.   9:16-cv-00077-DLC<br>9:12-cr-00017-DLC-1 |
| v.                           |                                                |
| STEVEN ALEXANDER ACTON,      |                                                |
| Defendant-Appellant.         |                                                |

Appeal from the United States District Court
for the District of Montana
Dana L. Christensen, District Judge, Presiding

Submitted December 9, 2021[**]
Seattle, Washington

---

[**]    The panel unanimously concludes these cases are suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

- 3 -

Before: McKEOWN and BADE, Circuit Judges, and FITZWATER,*** District Judge.

Defendants-appellants appeal the denials of their motions under 28 U.S.C. § 2255 to vacate, set aside, or correct their 18 U.S.C. § 924(c) convictions and sentences. We have jurisdiction under 28 U.S.C. §§ 1291 and 2253. We review de novo the denial of a § 2255 motion, *United States v. Aguirre-Ganceda*, 592 F.3d 1043, 1045 (9th Cir. 2010), and we affirm.

Defendants-appellants' contention that aiding and abetting Hobbs Act robbery is not a crime of violence under 18 U.S.C. § 924(c)(3)(A) is foreclosed by our precedent. *See Young v. United States*, 22 F.4th 1115, 1122−23 (9th Cir. 2022) (explaining that there is "no distinction between aiding-and-abetting liability and liability as a principal under federal law[,]" and holding that "aiding and abetting a crime of violence, such as armed bank robbery, is also a crime of violence"). Because Hobbs Act robbery is a crime of violence, *see United States v. Dominguez*, 954 F.3d 1251, 1260−61 (9th Cir. 2020), and aiding and abetting a crime of violence is also a crime of violence, *see Young*, 22 F.4th at 1122−23, we affirm the district courts' denials of defendants-appellants' § 2255 motions.

**AFFIRMED**.

---

*** The Honorable Sidney A. Fitzwater, United States District Judge for the Northern District of Texas, sitting by designation.